UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jamel Alexander Demorcy, ) | C/A No. 8:14-968-JFA-JDA |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Samuel Cook, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The *pro se* plaintiff, Jamel Demorcy, is a inmate at the Perry Correctional Institution. He brings this action pursuant to 42 U.S.C. § 1983, against Samuel Cook, "the Ex-President, employed at 1600 Pennsylvania Avenue, Washington, D.C." It appears that the plaintiff raises issues of kidnaping, poisoning, and attempts to give him HIV/AIDS.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the plaintiff's claims are frivolous and should be summarily dismissed. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on April 3, 104. However, the plaintiff

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

failed to file specific objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed with prejudice and without issuance and service of process due to frivolousness. The court also accepts the Magistrate Judge's recommendation that this case be deemed a "strike" for purposes of the "three strikes" rule of 28 U.S.C. Section 1915(g).

IT IS SO ORDERED.

July 23, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge